UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JAMES CHIUMIENTO,

       Plaintiff,

v.

UNIQUE CUSTOM DESIGN, INC.,
JEFFREY HENKEMEYER,

       Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiff, JAMES CHIUMIENTO, brings this action against Defendants, UNIQUE CUSTOM DESIGN, INC. and JEFFREY HENKEMEYER, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2. At all times material hereto, Plaintiff JAMES CHIUMIENTO was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3. At all times material hereto, Defendant, UNIQUE CUSTOM DESIGN, INC., was a Florida corporation with its principal place of business in South Florida, engaged in commerce in the field of custom carpentry, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

4. Defendants engaged in business in Broward County, Florida.

5. Defendant, JEFFREY HENKEMEYER, is a resident of South Florida and was, and now is, a manager of Defendant, UNIQUE CUSTOM DESIGN, INC., controlled Plaintiff's duties,

hours worked, and compensation, and managed the day-to-day operations of UNIQUE CUSTOM DESIGN, INC.. Accordingly, JEFFREY HENKEMEYER was and is an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

6. Two or more of Defendants' employees handled tools, supplies, and equipment manufactured outside Florida in furtherance of their business, including but not limited to phones, computers, computer monitors, computer keyboards, computer mice, pens, and paper.

7. Plaintiff JAMES CHIUMIENTO worked for Defendants as a carpenter.

8. Defendants failed to pay Plaintiff's full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for hours worked over 40 each week.

9. Defendants failed to pay Plaintiff's full and proper minimum wages for certain hours worked during Plaintiff's employment.

10. Defendants failed to pay Plaintiff's full and proper regular wages for certain hours and periods of Plaintiff's employment.

11. Defendants regularly failed to pay Plaintiff on time and routinely paid Plaintiff late.

12. Defendants failed to pay Plaintiff for entire weeks of Plaintiff's employment.

13. Defendant JEFFREY HENKEMEYER dominated and controlled Defendant UNIQUE CUSTOM DESIGN, INC. to such an extent that the corporation's independent existence was non-existant, Defendant UNIQUE CUSTOM DESIGN, INC. was the alter ego of Defendant JEFFREY HENKEMEYER, and Defendant JEFFREY HENKEMEYER comingled his personal funds and expenses with those of Defendant UNIQUE CUSTOM DESIGN, INC.

14. Defendant JEFFREY HENKEMEYER used Defendant UNIQUE CUSTOM DESIGN, INC. for the improper purpose of paying Plaintiff his full and proper minimum wages, regular wages, and overtime wages, and to pay Plaintiff late.

15. Plaintiff has been damaged by Defendants' failure to pay Plaintiff his full and proper minimum wages, regular wages, and overtime wages, and Defendants practice of paying Plaintiff late.

16. Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

17. Defendants have knowingly and willfully refused to pay Plaintiff's legally-entitled wages.

18. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

19. Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## ALL DEFENDANTS

20. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-19 above as if set forth herein in full.

21. Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages including liquidated damages for wages paid late pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

22. Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

## COUNT II
## BREACH OF CONTRACT AND FAILURE TO PAY WAGES
## ALL DEFENDANTS

23. Supplemental jurisdiction over the pendent state claim is conferred on this Court by 28 U.S.C. 1367.

24. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-19 above as if set forth herein in full.

25. Plaintiff entered into an oral contract for wages at the rate of pay of $1,000 per week.

26. Plaintiff worked for Defendants and did not receive the compensation promised. Defendants, therefore, wrongfully deprived Plaintiff of wages that were due and owing and to which Plaintiff is lawfully entitled under an oral contract for wages with Defendants.

27. Defendant JEFFREY HENKEMEYER is personally liable for Defendants' failure to pay Plaintiff's agreed regular wages because Defendant UNIQUE CUSTOM DESIGN, INC. is the alter ego of Defendant JEFFREY HENKEMEYER.

28. Plaintiff has been damaged as a result of Defendants' failure to pay the agreed upon wages.

29. Pursuant to Section 448.08, Florida Statutes, Plaintiff is entitled to the costs of this action and reasonable attorneys' fees.

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, for the unpaid wages that are due and owing, prejudgment interest, reasonable attorneys' fees and costs incurred in this action and any and all further relief this Court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email:  ekoz@kozlawfirm.com

*Elliot A. Kozolchyk*
_____
Elliot Kozolchyk, Esq.
Bar No.: 74791